# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00493-CR

**Melvin Park, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-05-238, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The reporter's record is overdue. The court reporter has advised the Court that appellant's counsel filed a request in the trial court that he be appointed, but that no action has been taken on that request. The Court's records indicate that counsel is already appointed.

The appeal is abated. The district court shall promptly determine whether appellant is presently indigent. *See* Tex. R. App. P. 37.3(a)(2). If the court finds that appellant is indigent, the court shall appoint counsel if it has not already done so and order the preparation of the appellate record at no cost to appellant. The court shall make any other appropriate findings and recommendations. Copies of all findings and orders, and the record of any hearing that might be

held, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than November 17, 2006.

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Filed:   October 26, 2006

Do Not Publish